UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY A. GERBS,

    Plaintiff,

-vs-                                      Case No. 6:09-cv-1344-Orl-18DAB

BUILDING DROPS USA HOLDINGS,
LLC, BEE R. WESTPHAL,

    Defendants.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| MOTION: | MOTION FOR ATTORNEY FEES (Doc. No. 20) |
| FILED: | January 19, 2010 |
| THEREON it is RECOMMENDED that the motion be GRANTED in part and DENIED in part. | |

This is a motion seeking to tax $25,811.20 in attorney's fees and costs for prosecution of a Fair Labor Standards Act complaint that was settled in less than four months, without any hearings, trial or motion practice. For the reasons set forth below, the Court finds that the motion should be granted, to the extent it asserts entitlement to a reasonable fee, and denied, to the extent the fee sought is not reasonable. It is respectfully recommended that the Court award attorney's fees in